

IT IS SO ORDERED

Judge Edward J. Davila

1/22/2014

1  KAREN S. FRANK (State Bar No. 130887)
   JULIA D. GREER (State Bar No. 200479)
2  JEREMIAH J. BURKE (State Bar No. 253957)
   COBLENTZ PATCH DUFFY & BASS LLP
3  One Ferry Building, Suite 200
   San Francisco, California 94111-4213
4  Telephone: 415.391.4800
   Facsimile: 415.989.1663
5  Email:  ksfrank@coblentzlaw.com,
           ef-jdg@cpdb.com,
6          jburke@coblentzlaw.com

7  Attorneys for Plaintiffs
   Broadcast Music, Inc., *et al.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; EVIL EYE MUSIC, INC.; ROBERT KEITH MCFERRIN, JR. d/b/a PROBNOBLEM MUSIC; SONGS OF UNIVERSAL, INC.; UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; BOCEPHUS MUSIC, INC.; UNIVERSAL MUSIC-Z TUNES LLC d/b/a UNIVERSAL MUSIC Z SONGS; and FUEL PUBLISHING, INC. d/b/a PENER PIG PUBLISHING,<br><br>Plaintiffs,<br><br>v.<br><br>BABY DOT, INC. d/b/a THE FUNKY MONKEY; and JOEANN E. PEPPERELL, individually,<br><br>Defendants. | Case No. 5:13-CV-00820-EJD-PSG<br><br>**STIPULATION OF DISMISSAL**<br><br>Trial Date:    None Set |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

1  The parties have executed a Settlement Agreement, and a Stipulation to Entry of Consent
2  Judgment. The parties request the Court to retain jurisdiction for the limited purpose of entering
3  the Consent Judgment in the event of Defendants' default under the terms of the Settlement
4  Agreement. The Clerk shall close this file.

DATED: January 21, 2014                COBLENTZ PATCH DUFFY & BASS LLP

By:   */s/ Karen S. Frank*
      Karen S. Frank
      Attorneys for Plaintiffs Broadcast Music, Inc., *et al.*

DATED: January 21, 2014                LAW OFFICES OF WALLACE C. DOOLITTLE

By:   */s/ Wallace C. Doolittle*
      Wallace C. Doolittle
      Attorneys for Defendants Baby Dot, Inc. d/b/a The Funky Monkey; and Joeann E. Pepperell, individually

Pursuant to Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

DATED: January 21, 2014                COBLENTZ PATCH DUFFY & BASS LLP

By:   */s/ Karen S. Frank*
      Karen S. Frank
      Attorneys for Plaintiffs Broadcast Music, Inc., *et al.*